BENJAMIN B. WAGNER
United States Attorney
HEIKO COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

FILED

DEC 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
            Plaintiff,

    vs.

RYAN EUGENE SMALL,
            Defendant.

Case No. 2:10-MJ-0072 DAD

**ORDER TO UNSEAL**

**O R D E R**

Upon the motion of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the above-entitled matter is UNSEALED.

DATED: December 14, 2011

KENDALL J. NEWMAN
U.S. Magistrate Judge